**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** June 22, 2021 |
| **USA v. Sean Hale (NOT PRESENT)** | **Case Number:** 21-05866MJ-001-TUC-LCK |

**U.S. Attorney:**  Sarah Houston (duty)
**Interpreter:** Sandra Bravo          **Language:** Spanish
**Material Witness(es)**
1 - Juan Jose Escobar-Rodas – Material Witness consents to their hearing being conducted via video conference.
**Material Witness(es) state true name(s) to be**
1 - SAME
**Material Witness(es):**   ☒ Present          ☒ Custody

**INITIAL APPEARANCE – MATERIAL WITNESS(ES)**

☒ Complaint Filed          **Date of Arrest:  June 19, 2021**

☒ Margarita Bernal (CJA) is appointed to represent the material witness(es).

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.

☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒  18§ 3142(f)          ☐  18§ 3142(d)

   IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

   IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.
OTHER:  Notice of hearing filed in Court.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA/MW**     0 min |
| **Deputy Clerk** Cindy Stewart | |
| | **Start:  1:15 pm** |
| | **Stop:   1:29 pm** |